NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAWRENCE BLANKENSHIP, | ) | No. C 09-04143 JF (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| vs. | ) ) ) | |
| B. MARTIN, et al., | ) ) | |
| Defendants. | ) ) | (Docket No. 2) |

On September 4, 2009, Plaintiff, a state prisoner, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On September 16, 2009, the clerk of the Court sent a notification to Plaintiff that his In Forma Pauperis Application, (Docket No. 2), was deficient because Plaintiff had failed to submit a copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 3.) The notification included the warning that the case would be dismissed if Plaintiff failed to respond within thirty days.

The deadline has since passed, and Plaintiff has not paid the filing fee nor filed a completed in forma pauperis application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Blankenship04143_dism-ifpdef.wpd

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: 1/29/10

JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BLANKENSHIP,

    Plaintiff,

v.

B. MARTIN, et al.,

    Defendants.
    /

Case Number: CV09-04143 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 2/1/10 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Blankenship
F51980
San Quentin State Prison
San Quentin, CA 94964

Dated: 2/1/10

Richard W. Wieking, Clerk