NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE BLANKENSHIP, | No. C 09-04143 JF (PR) |
| Plaintiff, | ORDER DENYING REQUEST FOR RECONSIDERATION |
| vs. | |
| B. MARTIN, et al., | |
| Defendants. | (Docket No. 6) |

On February 1, 2010, the Court dismissed the instant civil rights action without prejudice for Plaintiff's failure to pay the filing fee. On February 18, 2010, Plaintiff filed a letter stating that he has proof that he mailed a copy of his prisoner trust account statement, which was missing from his in forma pauperis application. (Docket No. 6.) The Court will construe the letter as a request for reconsideration, and deny the request. Although Plaintiff states that there is a record in the prison legal book that he twice sent the statement to the Court, there is no record of the Court ever receiving the statement. Furthermore, the prison trust account statements which he attaches to the letter are dated May 28, 2009 and August 27, 2009, and are insufficient to complete his in forma pauperis application: 1) the first statement does

Order Denying Request for Reconsideration
P:\PRO-SE\SJ.JF\CR.09\Blankenship04143_recon.wpd

1 | not show transactions for the six months prior to the date Plaintiff filed the action;
2 | and 2) the second statement is not stamped as a verified copy from the prison trust
3 | account office.

4 | The dismissal was without prejudice. If Plaintiff desires to pursue the claims
5 | in the instant complaint, Plaintiff must file the complaint as a new action.

6 | IT IS SO ORDERED.

7 | DATED: 2/26/10

8 | JEREMY FOGEL
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE BLANKENSHIP,

        Plaintiff,

  v.

B. MARTIN, et al.,

        Defendants.
                                 /

Case Number: CV09-04143 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   3/2/10  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lawrence Blankenship
F51980
San Quentin State Prison
San Quentin, CA 94964

Dated:   3/2/10

                                            Richard W. Wieking, Clerk